```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF PENNSYLVANIA


   AARON MONROE,                 )
            Plaintiff,           )
                                 )   CIVIL ACTION NO. 2:10-CV-1208
            vs.                  )
                                 )   Chief Magistrate Judge Lenihan
   CASEY MULLOOLY                )
            Defendant.           )   Electronically Filed
```

**JOINT STIPULATION**

It is hereby stipulated by and between counsel for each of the parties, with the consent of each of the parties hereto, that all of the claims of the Plaintiff, Aaron Monroe, against the Defendant, Casey Mullooly, in both his individual and official capacities, are hereby dismissed with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

```
Date:    10/30/2012              By:  /s/ John K. Greiner
                                      John K. Greiner, Esquire
                                      PA ID #43583
                                      Counsel for Casey Mullooly
                                      Tremba & Jelley, LLC
                                      302 West Otterman Street
                                      Greensburg, PA  15601
                                      (724) 838-7600
                                      (724) 838-8870 (Fax)
                                      jkg@trembaandjelley.com

                                 By:  /s/ Charles W. Jelley
                                      Charles W. Jelley, Esquire
                                      PA ID #56308
                                      Counsel for Casey Mullooly
                                      Tremba & Jelley, LLC
                                      302 West Otterman Street
                                      Greensburg, PA  15601
                                      (724) 838-7600
                                      (724) 838-8870 (Fax)
                                      cjelley@trembaandjelley.com
```

By: /s/ Susan N. Williams
Susan N. Williams Esquire
PA ID #40077
Counsel for Aaron Monroe
Williams Law Offices
101 North Main Street,
Suite 106
Greensburg, PA  15601
(724) 838-8110
(724) 834-8115 (Fax)
snwilliams@snwilliamslaw.com

By: /s/ Adam R. Gorzelsky
Adam R. Gorzelsky, Esquire
PA ID #309094
Counsel for Aaron Monroe
Williams Law Offices
101 North Main Street,
Suite 106
Greensburg, PA  15601
(724) 838-8110
(724) 834-8115 (Fax)
argorzelsky@snwilliamslaw.com